Alycia A Degen (SBN 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
*Attorneys for Defendants and*
*Specially Appearing Defendants*

Mark Crawford (136501)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH
One Sansome Street, Suite 2830
San Francisco, CA 94104
Tel: (415) 546-7300
Fax: (415) 546-7301
mcrawford@skikoscrawford.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER EISENBERG, *et al.*, | Case No. 3:17-cv-01761-WHA |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION TO REMAND; [PROPOSED ORDER]** |
| BAYER CORP.; BAYER HEALTHCARE LLC; BAYER ESSURE INC., (F/K/A CONCEPTUS, INC.); BAYER HEALTHCARE PHARMACEUTICALS, INC.; and DOES 1-10, inclusive, | Honorable William Alsup<br>Date: None Set<br>Time:<br>Place: San Francisco Courthouse, 450 Golden Gate Avenue, 19th Floor, Courtroom 8, San Francisco, California 94102 |
| Defendants. | |

Plaintiffs Heather Eisenberg, *et al*., and defendants and specially-appearing defendants Bayer Corporation, Bayer Essure Inc., Bayer HealthCare LLC, and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer"), hereby stipulate and agree as follows:

1.      Plaintiffs filed their Complaint on February 27, 2017, in the Superior Court for the State of California, County of Alameda.  In their complaint, Plaintiffs asserted claims involving the Essure® Permanent Birth Control System.

2.      On March 30, 2017, Bayer removed the matter from the Alameda County Superior Court to the United States District Court for the Northern District of California.

3.      Bayer filed its Motion to Dismiss on April 6, 2017, on the grounds of federal preemption, among other grounds.

4.      Plaintiffs have indicated their intention to file a Motion to Remand.

5.      On April 27, 2017, briefing on Bayer's Motion to Dismiss and Plaintiffs' anticipated Motion to Remand was stayed pending this Court's decision in a related case pending before this Court involving the Essure® Device, captioned as *Elizabeth Ann Sangimino, et al. v. Bayer Corp., et al.*, Case No. 3:17-cv-01488-WHA.

6.      On June 9, 2017, this Court granted Plaintiffs' Motion to Remand in the *Sangimino* matter and denied the Motion to Dismiss as moot.

7.      The parties have met and conferred and agree to remand this case to the Alameda County Superior Court.

8.      The parties thus respectfully ask the Court to enter an order remanding this case to state court based on the stipulation of the parties.

1        IT IS SO STIPULATED.

2

3   Dated: June 20, 2017                          SIDLEY AUSTIN LLP

4
                                                  By:*/s/ Alycia A. Degen*
5                                                     Alycia A. Degen
                                                      Bradley J. Dugan
6
                                                  *Attorneys for Defendants and Specially*
7                                                 *Appearing Defendants*
                                                  Bayer Corporation, Bayer HealthCare LLC,
8                                                 Bayer Essure Inc., and Bayer HealthCare
                                                  Pharmaceuticals Inc.
9

10  Dated: June 20, 2017                          SKIKOS, CRAWFORD, SKIKOS & JOSEPH

11                                                By:*/s/ Mark Crawford*
                                                     Mark Crawford
12
                                                  *Attorneys for Plaintiffs*
13                                                Heather Eisenberg, *et al.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO REMAND; CASE NO. 3:17-CV-01761-WHA

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), regarding signatures, Alycia A. Degen hereby attests that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.


Dated: June 20, 2017                                    By:   _/s/ Alycia A. Degen_
                                                              Alycia A. Degen

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, and for good cause shown, IT IS ORDERED THAT Eisenberg v. Bayer Corporation, Case No. 3:17-CV-01761-WHA, be remanded to the Superior Court of the State of California, County of Alameda.

IT IS SO ORDERED.

Dated: June 22, 2017.

                                        Honorable William Alsup